IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARKESE CLARK,

    Plaintiff,

v.

JAMES SHERMAN, et al.,

    Defendants.

Civil Action No. 08-95 Erie

## **MEMORANDUM ORDER**

AND NOW, this 20th day of January, 2009, and upon review, *nunc pro tunc*, of Plaintiff's untimely filed objections [Doc. No. 25] to Magistrate Judge Susan Paradise Baxter's Report and Recommendation [Doc. No. 23], filed on December 18, 2008, recommending that Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 13] be granted and that Defendants' renewed motion to dismiss or in the alternative for summary judgment [Doc. No. 20] be granted, the following order is entered:

IT IS HEREBY ORDERED that the Plaintiff's objections [Doc. No. 25] are DENIED; the Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 13] is GRANTED; and Defendants' renewed motion to dismiss or in the alternative for summary judgment [Doc. No. 20] is GRANTED.

The Report and Recommendation [Doc. No. 23] of Magistrate Judge Baxter, filed on December 18, 2008, is adopted as the opinion of the Court.

                                            s/ Sean J. McLaughlin
                                                United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge